**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CARRIE KELLY, ADMINISTRATRIX OF ESTATE OF JUSTIN KELLY, DECEASED, AS ASSIGNEE OF DALLAS MATTHIAS, D/B/A DALLAS MATTHIAS TREE SERVICE, | : | No. 537 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : | |
| v. | : | |
| H.C. KERSTETTER CO.,CENTRAL INSURERS GROUP, INC.AND THOMAS BERICH, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.